1  **GREGORY T. MURPHY**
   California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Jaime Heredia

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM McCURINE, JR.)**

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | Case No. 08MJ0943 |
| ) | |
| Plaintiff,    ) | |
| ) | |
| v.    ) | **CERTIFICATE OF SERVICE** |
| ) | |
| JAIME HEREDIA,    ) | |
| ) | |
| Defendant.    ) | |
| _____ ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

Ciro Hernandez
cirolaw@aol.com,karmingia@aol.com; and

U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov

Respectfully submitted,

DATED:    April 3, 2008            /s/ Gregory T. Murphy
                                    **GREGORY T. MURPHY**
                                    Federal Defenders of San Diego, Inc.
                                    Attorneys for Jaime Heredia