# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 08CR1115-BEN |
| Plaintiff ) | 08mj0943 |
| ) | ORDER |
| vs. ) | RELEASING MATERIAL WITNESS |
| Jaime Heredia ) | Booking No. 07971298 |
| Defendant(s) ) | |

William McCurine, Jr.

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / **Case Disposed** / Order of Court).

Oscar Juarez-Guerrero

DATED: 4/10/08

William McCurine, Jr.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____  OR
      DUSM

W. SAMUEL HAMRICK, JR., Clerk

by _____
Deputy Clerk

☆ U.S. GPO: 2003-581-774/70062

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95