UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 08CR1115-BEN |
| Plaintiff ) | CRIMINAL NO. 08mj0943 |
| ) | ORDER |
| vs. ) | RELEASING MATERIAL WITNESS |
| Jaime Heredia ) | |
| ) | Booking No. 07971298 |
| Defendant(s) ) | |

On order of the United States District/Magistrate Judge, **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / (Case Disposed) / Order of Court).

Hugo Guevara

DATED: 4/10/08

William McCurine, Jr.
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by _____
Deputy Clerk