Case 3:08-mj-00943-WMC   Document 12   Filed 04/10/2008   Page 1 of 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>Jaime Heredia<br><br>Defendant(s) | 08cr1115-BEN<br>CRIMINAL NO. 08mj0943<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 07971298 |

On order of the United States District/Magistrate Judge, **William McCurine, Jr**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / **Case Disposed** / Order of Court).

Fortunato Gomez-Delgado

DATED: 4/10/08

William McCurine, Jr.

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
         DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by _____
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082