UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CRIMINAL NO. 08 MJ 0943 |
| | ) | |
| vs. | ) | ORDER |
| | ) | RELEASING MATERIAL WITNESS |
| JAIME HEREDIA | ) | |
| | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge, RUBEN B. BROOKS

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted**) Case Disposed / Order of Court).

OSCAR JUAREZ-GUERRERO

DATED: 4/14/08

RECEIVED _____
           DUSM

OR

UNITED STATES DISTRICT/MAGISTRATE JUDGE

W. SAMUEL HAMRICK, JR.   Clerk

by Elizabeth Floyd
         Deputy Clerk